No. 93–8709. Owen *v.* Nebraska (two cases). Ct. App. Neb. Certiorari dismissed for want of jurisdiction.

No. ——–——. Chapman *v.* Bryan et al.; and

No. ——–——. Sigler *v.* Twyford et al. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. D–1417. In re Disbarment of Asbell. Disbarment entered. [For earlier order herein, see 512 U. S. 1267.]

No. D–1419. In re Disbarment of Lashley. Douglas L. Lashley, of Olney, Md., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on August 2, 1994 [512 U. S. 1267], is hereby discharged.

No. D–1421. In re Disbarment of Slan. Disbarment entered. [For earlier order herein, see 512 U. S. 1267.]

No. D–1431. In re Disbarment of Schmieder. Disbarment entered. [For earlier order herein, see 512 U. S. 1269.]

No. D–1461. In re Disbarment of Weinfeld. It is ordered that David Michael Weinfeld, of Meadowbrook, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1462. In re Disbarment of O'Keefe. It is ordered that Michael Phillip O'Keefe, of Overland Park, Kan., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.